IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WILLIAM MAWSON, SR., | : Civ. No. 3:24-CV-2132 |
| Plaintiff, | : |
| v. | : |
| | : (Chief Magistrate Judge Bloom) |
| SHANE SCHNEIDER, et al., | : |
| Defendants. | : |

### ORDER

AND NOW, this 24th day of February 2025, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) is conditionally granted, but the complaint is DISMISSED without prejudice to the plaintiff re-asserting his claims at the conclusion of his state court proceedings.

*S/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge